IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHANIKA PRUITT, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:23-cv-00104 |
| v. | ) ) | JUDGE CAMPBELL |
| TRUE BLUE, INC. | ) ) | MAGISTRATE JUDGE HOLMES |
| Defendant. | ) ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 11) recommending this action be dismissed without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure for failure to serve process on the defendants.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 11 at 2). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 11) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE